**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2038**

CHRISTINE G. NELSON,

              Plaintiff - Appellant,

       v.

MEDICAL UNIVERSITY HOSPITAL AUTHORITY,

              Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:17-cv-00187-DCN)

Submitted:  March 29, 2019                    Decided:  April 11, 2019

Before GREGORY, Chief Judge, WILKINSON, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Gist, Aaron Wallace, GIST LAW FIRM, PA, Columbia, South Carolina, for Appellant.  Caroline W. Cleveland, Bob J. Conley, Emmanuel J. Ferguson, CLEVELAND & CONLEY, LLC, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine G. Nelson appeals the district court's order accepting the recommendation of the magistrate judge and granting the Medical University Hospital Authority's motion for summary judgement. We have reviewed the parties' briefs and the joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nelson v. Med. Univ. Hosp. Auth.*, No. 2:17-cv-00187-DCN (D.S.C. Aug. 7, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
